IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr105

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| CEDRIC LEE BURTON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a letter from the defendant received on May 4, 2006, complaining about his appointed counsel, which the Court will consider as a motion for appointment of substitute counsel.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is under advisement. On or before June 15, 2006, counsel for the defendant shall file a pleading with the Court responding to the allegations in the defendant's letter.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: May 26, 2006

Robert J. Conrad, Jr.
United States District Judge