IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00105-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CEDRIC LEE BENTON (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion for a reduced sentence pursuant to the First Step Act of 2018. (Doc. No. 118).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion for sentence reduction within thirty (30) days of the entry of this Order.

Signed: December 9, 2020

Robert J. Conrad, Jr.
United States District Judge